IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERVIN JONES,

      Plaintiff,                       No. CIV S-05-0882 FCD DAD P

      vs.

EL DORADO COUNTY BOARD
OF SUPERVISORS, et al.,

      Defendants.          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On June 13, 2006, this court determined that plaintiff's original complaint appeared to state cognizable claims for relief against the El Dorado County Board of Supervisors and Sheriff Jeff Neves. The court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and other documents necessary to effect service on defendants.

        On July 12, 2006, plaintiff submitted the necessary forms and documents in accordance with this court's order. On the same day, plaintiff also filed a request for leave to file an amended complaint, alleging he failed to properly identify all of the defendants in his original complaint.

/////

1

1    The Federal Rules of Civil Procedure provide that a party may amend his or her
2 pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R.
3 Civ. P. 15(a). However, plaintiff is advised that an amended or supplemental complaint
4 supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an
5 amended pleading is filed, the original pleading no longer serves any function in the case. Id.;
6 see also E.D. Local Rule 15-220. Although the allegations of this pro se complaint are held to
7 "less stringent standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S.
8 519, 520 (1972) (per curiam), plaintiff will be required to comply with the Federal Rules of Civil
9 Procedure and the Local Rules of the Eastern District of California.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 12, 2006 request for leave to file an amended complaint is granted; and

    2. The Clerk of the Court is directed to discard the summons, the USM-285 forms, and other documents necessary to effect service on defendants submitted by plaintiff on July 12, 2006.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jone0882.10