IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERVIN JONES,

    Plaintiff,                      No. CIV S-05-0882 FCD DAD P

    vs.

EL DORADO COUNTY BOARD
OF SUPERVISORS, et al.,

    Defendants.             ORDER

/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of September 18, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 17, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted 60 days from the date of this order in which to file an amended complaint.

DATED: October 23, 2007.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
jone0882.36