1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERVIN JONES,

        Plaintiff,                      No. CIV S-05-0882 FCD DAD P

    vs.

EL DORADO COUNTY BOARD
OF SUPERVISORS, et al.,

        Defendants.              <u>ORDER</u>

/

        Plaintiff has filed an untimely second request for an extension of time to file an amended complaint pursuant to the court's order of September 18, 2007. In the interests of justice, the request will be granted. No further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted; and

/////

/////

1

1          3. This court's January 8, 2008 findings and recommendations are vacated.

2  DATED: January 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:9

11  jone0882.36sec