IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERVIN JONES,

    Plaintiff,                          No. CIV S-05-0882 FCD DAD P

    vs.

EL DORADO COUNTY BOARD
OF SUPERVISORS, et al.,

    Defendants.                ORDER

                                            /

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2009, the court found that plaintiff's second amended complaint appeared to state cognizable claims for relief against the El Dorado County Board of Supervisors, Sheriff Neves, Captain Altmeyer, Sergeant Edwards, and Officer McTurnin and ordered plaintiff to complete and return to the court one completed summons and five completed USM-285 forms. The court also ordered plaintiff to submit six copies of his second amended complaint. Plaintiff has not returned a summons or the USM-285 forms necessary to effect service on the defendants. He has only late-filed six incomplete copies of his second amended complaint.[1]

---

[1] On May 27, 2009, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to submit the documents necessary for service. Good cause appearing, the court will vacate the findings and recommendations and allow the case to proceed in accordance with this order.

1

In the interest of justice, the court will grant plaintiff an additional thirty days to submit the documents necessary to effect service on defendants. Failure to comply with the court's order or seek an extension of time to do so will result in a recommendation for dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet, and a copy of the second amended complaint filed July 10, 2008 (Doc. No. 21);

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. Five completed USM-285 form for each defendant; and

   d. Six copies of the second amended complaint filed July 10, 2008.

3. Failure to comply with the court's order or seek an extension of time to do so will result in a recommendation for dismissal of this action; and

4. The court's May 27, 2009 findings and recommendations are vacated.

DATED: June 8, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
jone0882.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERVIN JONES,

        Plaintiff,                      No. CIV S-05-0882 FCD DAD P

     vs.

EL DORADO COUNTY BOARD
OF SUPERVISORS, et al.,            NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ one completed summons form;

        ____ five completed USM-285 forms; and

        ____ six true and exact copies of the second amended complaint filed July 10, 2008.

DATED: _____.

                                                      _____
                                                      Plaintiff